IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY L. RUEGGE, II, | ) | 4:06CV3095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The memorandum and order entered on February 19, 2008 (filing 55) contained erroneous references to the unpaid amount of the filing fee and the remaining defendants.

IT IS ORDERED that filing 55 is hereby modified and amended as follows:

1. Pages 1, 2, and 7 indicate that Plaintiff has paid $160.00 of the court's $350.00 filing fee, and that $190.00 of the filing fee remains unpaid. This is incorrect. The correct calculation is as follows:

> *Plaintiff has paid $150.00 of the court's $350.00 filing fee, and $200.00 of the filing fee remains unpaid.*

2. Pages 7 and 8 list the defendants that remain after entry of the February 19, 2008 order. Those listings inadvertently omitted defendant Thomas P. Herzog, in his official capacity as Holt County Attorney. Pages 7 and 8 are modified to provide as follows:

> *After entry of this order, the sole remaining defendants are the City of O'Neill police officers (Clyde, Machett, and Parks) and Mark Campbell,*

*a Woodbury County, Iowa county attorney, all in both their official and individual capacities and Thomas P. Herzog, in his official capacity as Holt County Attorney.*

February 20, 2008.                BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge